No. 87–6954. THERON v. UNITED STATES MARSHAL. C. A. 9th Cir. Certiorari denied.

No. 87–652. ALBERTA GAS CHEMICALS LTD. ET AL. v. E. I. DU PONT DE NEMOURS & CO. ET AL. C. A. 3d Cir. Motion of petitioners to file reply brief under seal granted. Certiorari denied.

No. 87–1047. NATIONWIDE CORP. ET AL. v. HOWING CO. ET AL. C. A. 6th Cir. Certiorari denied. JUSTICE WHITE took no part in the consideration or decision of this petition.

No. 87–1370. N. W. ENTERPRISES, INC. v. TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari and reverse the judgment of conviction.

No. 87–1513. SECURITIES INDUSTRY ASSN. v. BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE BLACKMUN and JUSTICE O'CONNOR would grant certiorari.

No. 87–1581. KURTZ v. BAKER, SECRETARY OF THE TREASURY, ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 87–1617. NEWMAN ET AL. v. UNIVERSAL PICTURES, A DIVISION OF UNIVERSAL CITY STUDIOS, INC., ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.